## Commonwealth *v.* Goode, Appellant.

Argued April 12, 1967. *Clarence F. McBride,* with him *Scales and Shaw,* for appellant; *Gilfert M. Mihalich,* Assistant District At-

710

torney, with him *Joseph H. Loughran,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.